

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00285-CV

**IN THE INTEREST OF J.L.**, J.L., and J.L., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-00467
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against Appellant James D. Lowe Sr.

SIGNED August 26, 2015.

_____
Patricia O. Alvarez, Justice